———— FILED ———— LODGED
———— RECEIVED

**May 22, 2019**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ————————————— DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOY APODACA,<br><br>Defendant. | NO.    CR19-5234-RJB<br><br>**INFORMATION** |

The United States Attorney charges that:

## COUNT 1
### (Theft of Public Funds)

Beginning in or about April 1994, and continuing through about December 2018, at Chimacum, within the Western District of Washington and elsewhere, JOY APODACA, willfully and knowingly embezzled, stole and converted to her own use and the use of another money of the United States, namely Supplemental Security Income benefits and other federally funded assistance benefits having an aggregate value of approximately two hundred seventy-seven thousand dollars ($277,000), with the

//

INFORMATION/APODACA - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  | intent to deprive the United States of the use and benefit of that money.

2  |     All in violation of Title 18, United States Code, Section 641.

3

4  |     DATED:  May 22, 2019

5

6

7  |     BRIAN M. MORAN
8  |     United States Attorney

9

10 |     JAMES D. OESTERLE
11 |     Assistant United States Attorney

12

13 |     BENJAMIN T. DIGGS
14 |     Special Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION/APODACA - 2